IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 309-014 |
| | ) | |
| MICHAEL LAWTON DOUGLAS, JR. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. The Court recognizes, but rejects, the additional references to Georgia statutes offered by Defendant in an attempt to discount the Magistrate Judge's analysis. (Doc. no. 91, pp. 3-5). Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the "Motion to Dismiss Portions of Counts One and Four for Violating the Void-for-Vagueness Rule" is **DENIED**.* (Doc. no. 41).

SO ORDERED this 2nd day of March, 2010, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE

\* It is readily apparent to me that the federal statute proscribes multiple volitional voting by an individual. The Georgia statutes may permit assistance in various ways but that is far from allowing one to actually exercise the privilege of another to cast a vote. Accordingly, the government is not required to prove the negative and it remains to be seen whether the defense will offer evidence of the consent of other voters.