IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 309-014 |
| | ) | |
| MICHAEL LAWTON DOUGLAS, JR. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. The Court is not swayed by Defendant's repeated attempt to delve into the legislative history of 42 U.S.C. § 1973i(c) and apply various cannons of statutory construction to reach his preferred conclusion that the statute does not apply to the circumstances of this case. (See generally doc. no. 92). The Magistrate Judge has already explained why such interpretive exercises are not warranted in this case. (Doc. no. 84, pp. 3-7). Likewise, Defendant's objections offer nothing to disturb the Magistrate Judge's analysis that § 1973i(c) passes constitutional muster. (Id. at 7-13). Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the "Motion to Dismiss" is **DENIED**. (Doc. no. 40).

SO ORDERED this 2nd day of March, 2010, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE